No. 2509.—El Pueblo, apdo., *v.* Colón, aplte. — C. D. Ponce. Portar armas. Jun. 4, 1925. Teniendo en cuenta que el hierro como de "12 pulgadas de largo y un cuarto de grueso" que según la evidencia portaba el apelante no es de los instrumentos que prohibe portar la ley No. 14 de 25 de junio de 1924, de acuerdo con nuestra opinión en el caso de *El Pueblo* v. *Cruz Rosado,* de Jun. 3, 1925 (pág. 315) *se revoca* la sentencia y absuelve al acusado.

No. 3655.—Royal Bank of Canada, apda., *v.* Goico et al., apltes.—C. D. Ponce. Cobro de dinero. Jun. 8, 1925. No habiéndose hecho el señalamiento de errores que exige el artículo 42 del Reglamento del Tribunal Supremo y no apareciendo que se haya cometido error fundamental, alguno, *se confirma* la sentencia apelada.

No. 231.—Pastrana, peticionario, *v.* Rodríguez, demandado.—*Mandamus.* Jun. 11, 1925. No siendo suficientes las razones que se alegan para que tomemos jurisdicción original en este caso, *no ha lugar* a librar el auto solicitado.